# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-4065

_____

| | | |
|---|---|---|
| Kenneth Ray Kindall, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | |
| Lt. Talbot Falls; Warden M.D. Reed; | * | Appeal from the United States |
| Assistant Warden Gaylon Lay; | * | District Court for the |
| Grievance Officer Johnnie Gunnell; | * | Eastern District of Arkansas |
| Captain D.W. Tate; CO-1 Roosevelt | * | |
| Toney; CO-1 Bynum; Hearing Officer | * | [UNPUBLISHED] |
| James Blankenship; Hearing Officer | * | |
| Robert Clark; Director Larry Norris, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:   October 2, 1998

Filed:   October 20, 1998

_____

Before McMILLIAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD
      ARNOLD, Circuit Judges.

_____


PER CURIAM.

Arkansas inmate Kenneth Ray Kindall appeals from the final judgment entered in the District Court[1] for the Eastern District of Arkansas dismissing his civil rights action. We have carefully reviewed the record and the parties' briefs, and conclude that the district court's judgment was correct and that an extended discussion is unwarranted. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).